## UNITED STATES DISTRICT COURT
### DISTRICT OF MAINE

| | | |
|---|---|---|
| SCOTT FRECHETTE, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Civil Action No. CV-17-cv-172-LEW |
| | ) | |
| NORMAN GAUDETTE, | ) | |
| ROGER BEAUPRE, and | ) | |
| CITY OF BIDDEFORD | ) | |
| | ) | |
| Defendants | ) | |

## STATUS REPORT

NOW COME Defendants Roger Beaupre and the City of Biddeford ("City Defendants") and hereby provide the following Status Report:

The case remains before the First Circuit Court of Appeals. The Appeal has been fully briefed and the Court has indicated it will decide the case on the briefs. To date, no decision has been issued. Plaintiff's counsel Walter McKee concurs with this status assessment.

Dated: June 8, 2020

/s/ Keith R. Jacques
Keith R. Jacques, Esq. (Bar #2962)
Attorney for Defendant, City of Biddeford
Woodman Edmands Danylik Austin Smith
  & Jacques, P.A.
234 Main Street
P.O. Box 468
Biddeford, ME 04005
krj@woodedlaw.com
(207) 284-4581

/s/ Timothy J. Bryant
Timothy J. Bryant, Esq. (Bar #7736)
Attorney for Defendant, Roger Beaupre
Preti, Flaherty, Beliveau & Pachios, LLC
One City Center
P.O. Box 9546
Portland, ME 04112-9546
tbryant@preti.com
(207) 791-3000

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2020, I electronically filed a Status Report with the United States District Court for the District of Maine using the CM/ECF system which will send notification of such filing to all attorneys of record.

Dated: June 8, 2020

/s/ Keith R. Jacques
Keith R. Jacques, Esq. (Bar #2962)
Attorney for Defendant, City of Biddeford
Woodman Edmands Danylik Austin Smith
  & Jacques, P.A.
234 Main Street
P.O. Box 468
Biddeford, ME 04005
krj@woodedlaw.com
(207) 284-4581