

133 State Street, Augusta, Maine 04330
207-620-8294  FAX 207-620-8297

Walter F. McKee • Kurt C. Peterson • Matthew D. Morgan

December 8, 2021

Christa Berry, Clerk of Courts
United States District Court
202 Harlow Street
Bangor, ME    04401

RE:    Frechette v. Gaudette, et al.
       Case No.: 2:17-cv-00172

Dear Ms. Berry:

By way of update per the court's order, just as it was at the time of my last update in June, at this time Scott Frechette's case is still pending in the First Circuit Court of Appeals. It remains anyone's guess as to when the appeal will be decided, hopefully sooner rather than later so that we can keep this case and the Larry Ouellette case still on a rough track together.

Sincerely,

*/s/ Walter F. McKee*

Walter F. McKee
*wmckee@mckeelawmaine.com*
WFM/amm/125632

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2021, I electronically filed the above notice with the District Court using the CM/ECF system which will send notification of such filing to the following: Tim Bryant, Esq., Keith Jacques, Esq., Gene Libby, Esq.

Date: December 8, 2021

                                                     */s/ Walter F. McKee*
                                                     Walter F. McKee, Esq.
                                                     Attorney for Plaintiff