# United States Court of Appeals
## For the First Circuit

No. 19-2203

ANGELA FRECHETTE,

Plaintiff - Appellant,

v.

ROGER BEAUPRE, in his individual and official capacity as Chief of Police for the Biddeford Police Department; BIDDEFORD, ME,

Defendants - Appellees,

NORMAN GAUDETTE,

Defendant.

Before

Howard, Chief Judge,
Thompson and Barron, Circuit Judges.

**JUDGMENT**

Entered: March 21, 2022

We have reviewed the parties' submissions and the record. This court's decision in Ouellette v. Beaupre, 977 F.3d 127 (1st Cir. 2020), is dispositive of this appeal. For essentially the reasons stated in Ouellette, we vacate the grant of summary judgment to defendants Roger Beaupre and the City of Biddeford based on the statute of limitations, and remand for further proceedings.

By the Court:

Maria R. Hamilton, Clerk

cc:
Hon. Lance E. Walker
Christa Berry, Clerk, United States District Court for the District of Maine
Gene R. Libby
Tyler Justin Smith
Timothy Joseph Bryant
Jonathan George Mermin
Keith R. Jacques
Walter F. McKee
Matthew D. Morgan
Kurt Peterson